DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. O'QUINN

No. 373P85.

Case below: 74 N.C. App. 786.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 19 September 1985.

STATE v. OWENS

No. 479P85.

Case below: 75 N.C. App. 513.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985.

STATE v. PARKER

No. 583P85.

Case below: 76 N.C. App. 465.

Petition by defendant for writ of supersedeas denied 25 September 1985.

STATE v. SMITH

No. 501P85.

Case below: 76 N.C. App. 164.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985.

STATE v. STANLEY

No. 261P85.

Case below: 74 N.C. App. 178.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985.